UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MOHAMED RAWAID, d/b/a
Quick Mart (Forrest City) and
Quick Mart (New Albany, Mississippi);
and TWALH, INC., d/b/a A&S Quick Mart                    PLAINTIFFS

v.                          CASE NO. 3:10cv00144 BSM

S&S OIL COMPANY, INC.                                    DEFENDANT

## ORDER

Plaintiffs Mohamed Rawaid, d/b/a Quick Mart (Forrest City) and Quick Mart (New Albany, Mississippi), and Twalh, Inc., d/b/a A&S Quick Mart ("plaintiffs") move for a protective order for the February 17, 2011, deposition of Mohamed Rawaid ("Rawaid"). [Doc. No. 23]. Defendant S&S Oil Company, Inc. ("S&S Oil") does not oppose a protective order for the February 17, 2011 deposition, but opposes any lengthy delay. The motion is granted.

S&S Oil served a notice of deposition on plaintiffs to take the deposition of Rawaid on February 17, 2011. In the motion for protective order, plaintiffs state that Rawaid is currently visiting his family in Yemen. He will return to the United States on April 26, 2011. The current trial date is September 19, 2011. The discovery deadline is June 27, 2011. Because of the delay caused by Rawaid's absence, plaintiffs are not opposed to an extension of the discovery deadline.

For good cause shown, plaintiffs' motion [Doc. No. 23] is granted. The discovery deadline is extended to August 29, 2011. This will allow S&S Oil adequate time to depose

Rawaid and prepare its case prior to the discovery deadline. This extension, however, impacts the remainder of the scheduling order. An amended scheduling order will be entered.

    IT IS SO ORDERED this 15th day of February, 2011.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE