IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MOHAMED RAWAID et al.**                                                                 **PLAINTIFFS**

v.                              **CASE NO. 3:10CV00144 BSM**

**S & S OIL COMPANY, INC.**                                                                **DEFENDANT**

### ORDER OF DISMISSAL

The parties have settled all claims and are in the process of finalizing a settlement agreement [Doc. No. 32], therefore, this case is dismissed with prejudice.

The undersigned retains complete jurisdiction for thirty days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire that any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file those documents within sixty days of the date of this order.

IT IS SO ORDERED this 17th day of January 2012.

_____
UNITED STATES DISTRICT JUDGE